United States District Court
Southern District of Texas

**ENTERED**
December 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL STALCUP, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRUNEL ENERGY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:17-cv-03193 |

### ORDER APPROVING CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT & STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Approve Confidential Settlement and Release Agreement & Stipulation of Dismissal of Lawsuit with Prejudice. The Court has reviewed the terms of the Agreement, the pleadings in this case, and the issues presented therein and (1) approves the settlement, including all of the terms and conditions set forth in the Agreement filed under seal; (2) orders the Parties to implement and complete the settlement process described in the Agreement; (3) finds that good cause exists for filing the Parties' proposed Agreement under seal; (4) dismisses this lawsuit and all claims asserted in the lawsuit with prejudice in accordance with the Agreement. Each party shall bear his or its own costs and fees, except to the extent otherwise provided for in the Parties' Agreement.

ORDERED this 6th day of December, 2018.

_____
JUDGE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

#5803420.1